FRANK SOBIECH, Appellant, v. IRVING HYATT, Respondent.— Action to recover damages for personal injuries sustained by plaintiff when he was struck by defendant's automobile truck. Order granting defendant's motion for a change of venue from Orange county to Kings county for the convenience of witnesses affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

TOWN OF HARRISON, Respondent, v. VINCENZO VALENTINE and Others, Defendants, and GARDEN PROPERTIES, INC., Appellant.— Action to foreclose transfer of tax lien certificates. Order striking out the appellant's answer and granting summary judgment against it reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The appellant raised an issue of fact as to the performance of a condition precedent that admittedly had to be performed by the plaintiff before the right to foreclose its tax lien accrued. Although the appellant was the owner of a tax lien subordinate to that of the plaintiff, it is entitled to have the plaintiff establish all the controverted issues of fact, so that when a sale is held a marketable title can be delivered. (Rules Civ. Prac. rule 113; *Curry* v. *Mackenzie*, 239 N. Y. 267.) Order denying appellant's motion to serve an amended answer affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

EDNA UNGER, Individually and as Executrix, etc., of ALBERT UNGER, Deceased, Respondent, v. THE TEXAS COMPANY, Appellant.— Action by the plaintiff, individually and as executrix, to recover damages for the death of her testator through the claimed negligence of the defendant. Judgment, and order denying a motion for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

## (April 20, 1942.)

KATHERINE BORAK, Individually and as Administratrix, etc., of JOSEPH BORAK, Deceased, Appellant, v. JOSEPH P. DAY, INC., Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ANNIE CLAFFEE, Appellant, v. WILLIAM HAEUSSLER and Another, Respondents. — Motion for reargument denied, with ten dollars costs, on the merits, and also on the ground that the motion is belatedly made. (Appellate Division — Second Department Rules, rule XIX.) Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

CONTINENTAL INN, INC., Respondent, v. LEO WALDHEIMER and Another, Appellants.— Motion for reargument or for other relief denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

VASILY D. DUMBADZE, Appellant, v. AGENCY OF CANADIAN CAR & FOUNDRY COMPANY, LTD., Respondent. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.